SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2010-02
JANUARY 4, 2012 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:12-cr-00002
    21 U.S.C. § 841(a)(1)

GARY PROFITT

FILED

JAN -5 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**I N D I C T M E N T**

The Grand Jury Charges:

On or about March 27, 2009, at or near Danville, Boone County, West Virginia, and within the Southern District of West Virginia, defendant GARY PROFITT knowingly and intentionally possessed with intent to distribute a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

R. BOOTH GOODWIN II
United States Attorney

By: _____
JOHN J. FRAIL
Assistant United States Attorney